1452 MINER vs. VEDDER (Treasurer, Village of Hudson), 66 M., 101.

To compel payment of certain village orders.

Granted May 5, 1887.

An issue was framed and sent down for trial. Complaint was made that a circuit judge refused to submit certain special questions to the jury, under How. Stat., 7606. The court doubts whether the statute applies to the trial of issues like the present, but holds that there was no harmful error. The writ issued not as a matter of right, but because the village is willing to pay to end the controversy. No costs were allowed.

1453 NOBLE ET AL. vs. TOWNSHIP OF PARIS, 56 M., 219.

To compel the payment of a town order, the return showing that the order was fraudulently issued, without consideration, and without any allowance by the proper authorities.

Denied January 30, 1885.

1454 BOARD OF EDUCATION (Stephenson) vs. PERRIGO, No. 13190.

To compel payment over of certain moneys which came into respondent's hands, as former assessor of the school district out of which the present district was carved, the respondent insisting that the new district had not been legally constituted.

Order to show cause granted November 30, 1892.